IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

STEVEN J. MALPERE,            )
DAVID H. STAPLES and          )
MARJA STAPLES,                )
                              )
     Plaintiffs,              )     CIVIL NO. 2003-132
                              )
     v.                       )
                              )
RUYTER BAY LAND PARTNERS,     )     ACTION FOR DAMAGES, BREACH OF
LLC, et al                    )     FIDUCIARY RESPONSIBILITY, ETC.
                              )
     Defendants.              )
_____)

RESPONSE TO OPPOSITION TO
MOTION TO VACATE JUDGMENTS

Plaintiffs, David H. Staples and Marja Staples, herewith reply to the "Opposition to Motion to Vacate Judgments", filed herein by defendants.

Defendants' "Opposition" merely recounts alleged rulings somehow obtained by defendants over the past five years. Whatever results defendants boast of, must be vitiated, as they were obtained through fraudulent and unethical behaviour, as is fully documented in plaintiffs' "Motion to Vacate and Vitiate due to Fraud upon the Court" .. as per FRCivP Rule 60 (b)(3) ... and as was suggested by defendants' proposed "Memorandum" submitted to the court, Page 5 of 6.

Given the foregoing, and the fact that plaintiffs have unequivocally demonstrated that any decision must be revisited due to clear error and to prevent manifest injustice, (as per Local Rule of Civil Procedure, 7.4) ...

plaintiffs respectfully request the Court to enter an order

summarily denying defendants' "Opposition" and granting plaintiffs' "Motion to Vacate Judgments".

DATED: January 23, 2008               Respectfully Submitted,

*David H. Staples* (signature)
David H. Staples

*Marja Staples* (signature)
Marja Staples

P.O. Box 4981
St. Thomas, USVI 00803

Cell: 690-1951

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2008, a true and exact copy of the foregoing "Response to Opposition to Motion to Vacate Judgments" was served via the U.S. Postal service upon:

J. Daryl Dodson, Esq.
5035 Norre Gade (14A)
P.O. Box 310
St. Thomas, USVI 00804

*David H. Staples* (signature)
David H. Staples